**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| ANTHONY BRODZKI, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:11CV00772   SWW |
| DEPARTMENT OF JUSTICE, | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, plaintiff's complaint is dismissed with prejudice.  The relief sought is denied.

DATED this 2nd day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE